# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00555-CV

**T&V Optimum, LLC; Thomas S. Erickson and Valerie L. Erickson, Appellants**

**v.**

**Martha Prado Board; James H. Prado and Optimum Steel Industries, LLC, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-GN-11-002988, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss their appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellants' Motion

Filed: August 30, 2013